UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY RAY SHINDLER,

    Defendant.

CR11-273 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Defendant's motion for Early Termination of Supervised Release, docket no. 32, is DENIED.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of July, 2018.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1